UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __**08-904M**__

2) Defendant's Name: __**Murphy**__ __**James**__ _____
                    (Last)          (First)         (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No    Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __**X**__ Yes __No    Date/Time: __**10/10/08**__

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered ✓

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ✓

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __**Cristina Posa**__

14) DEFENSE COUNSEL'S NAME: __Sally Butler__
    Address: _____
    Bar Code: _____ CJA: ✓ FDNY: ____ RET: ____
    Telephone Number: ( ) _____

15) LOG #: ( 1:55 - 1:57 ) MAG. JUDGE: __**Azrack**__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE